```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 23900
   JOSE M RODRIGUEZ
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7230


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/10/2008 and was confirmed 11/13/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was converted to chapter 7 after confirmation 01/21/2009.
--------------------------------------------------------------------------------
 CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
 COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00            .00
 COUNTRYWIDE HOME LOANS    MORTGAGE ARRE        .00           .00            .00
 COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00            .00
 COUNTRYWIDE HOME LOANS    MORTGAGE ARRE        .00           .00            .00
 HARRIS NA                 SECURED VEHIC     3100.00         14.90         712.78
 FIFTH THIRD BANK          UNSECURED         3207.68           .00            .00
 BANCO POPULAR             UNSECURED        NOT FILED         .00            .00
 BANCO POPULAR             UNSECURED        NOT FILED         .00            .00
 CAPITAL ONE               UNSECURED        NOT FILED         .00            .00
 CHASE BANK USA            UNSECURED          994.18          .00            .00
 CITIBANK USA/HOME DEPOT   UNSECURED         2206.60          .00            .00
 CODILIS & ASSOCIATES      MORTGAGE NOTI   NOT FILED          .00            .00
 CREDIT FIRST              UNSECURED        NOT FILED         .00            .00
 FIFTH THIRD BANK          UNSECURED        NOT FILED         .00            .00
 FIFTH THIRD BANK          UNSECURED        NOT FILED         .00            .00
 GE MONEY BANK/PEP BOYS/C  UNSECURED          508.26          .00            .00
 HSBC BANK                 UNSECURED        NOT FILED         .00            .00
 BEST BUY                  UNSECURED        NOT FILED         .00            .00
 HSBC VICTY                UNSECURED        NOT FILED         .00            .00
 ROUNDUP FUNDING LLC       UNSECURED          709.40          .00            .00
 NATIONAL CITY MORTGAGE    UNSECURED        NOT FILED         .00            .00
 NATIONWIDE COMMERCIAL LP  UNSECURED        NOT FILED         .00            .00
 NICOR GAS                 UNSECURED        NOT FILED         .00            .00
 ROUNDUP FUNDING LLC       UNSECURED          444.85          .00            .00
 LVNV FUNDING              UNSECURED          692.25          .00            .00
 SEARS/CBSD                UNSECURED        NOT FILED         .00            .00
 LVNV FUNDING              UNSECURED          363.34          .00            .00
 TCF MORTGAGE CORPORATION  NOTICE ONLY     NOT FILED          .00            .00
 WELLS FARGO FINANCIAL BA  UNSECURED         2715.80          .00            .00
 WFFINANCE                 UNSECURED        NOT FILED         .00            .00
 COUNTRYWIDE HOME LOANS I  MORTGAGE NOTI   NOT FILED          .00            .00
 COUNTRYWIDE HOME LOANS    MORTGAGE NOTI   NOT FILED          .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 23900 JOSE M RODRIGUEZ
```

```
LEGAL HELPERS PC        DEBTOR ATTY     2,578.00                        599.36
TOM VAUGHN              TRUSTEE                                         102.96
DEBTOR REFUND           REFUND                                             .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  1,430.00

PRIORITY                                                 .00
SECURED                                               712.78
    INTEREST                                           14.90
UNSECURED                                                .00
ADMINISTRATIVE                                        599.36
TRUSTEE COMPENSATION                                  102.96
DEBTOR REFUND                                            .00
                        ---------------        ---------------
TOTALS                   1,430.00                  1,430.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/17/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE